■ Neil Loveless et al., Appellants, v Paul Koenig, Respondent. [997 NYS2d 655]—Appeal from a judgment of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered August 19, 2013. The interlocutory judgment declared the rights of the parties with respect to certain real property.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.